# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DANIEL SHULTS | § | |
| | § | |
| vs. | § | Civil Action No.  4:11cv198 |
| | § | (Judge Schneider/Judge Mazzant) |
| PORTFOLIO RECOVERY GROUP, LLC. | § | |

### ORDER

The Court hereby **ORDERS** Plaintiff to file a Status Report informing the Court of the status of this case no later than January 13, 2012.

**SIGNED this 6th day of January, 2012.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE