# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL SHULTS | § | |
| | § | |
| vs. | § | Civil Action No.  4:11cv198 |
| | § | (Judge Schneider/Judge Mazzant) |
| PORTFOLIO RECOVERY GROUP, LLC. | § | |

### ORDER ON CLOSING DOCUMENTS

The Court has been advised by Plaintiff, through counsel, that all claims in the above- styled civil action have been settled.

Therefore, it is **ORDERED** that, on or before *February 11, 2012,* Plaintiff shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court

**IT IS SO ORDERED**.
**SIGNED** this 11th day of January, 2012.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE